RICHARD E. QUINTILONE, CA Bar No. 200995
ALVIN LINDSAY, CA Bar No. 220236
req@quintlaw.com; abl@quintlaw.com
QUINTILONE & ASSOCIATES
22974 El Toro Road, Suite 100
Telephone: (949) 458-9675; Fax (949) 458-9679

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUILINE RODRIGUEZ, an individual, and SHAWN SANGELADJI, an individual, <br><br> Plaintiff(s), <br> v. <br> AMERICANWEST BANK, a Washington corporation, and DOES 1 through 100, inclusive <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-cv-07713-DMG-MRW <br><br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c). Each party to bear their own costs and fees.

[signature]

| November 20, 2015 | Richard E. Quintilone, II, Attorneys for Plaintiff |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.  I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **November 20, 2015**, I served the foregoing document(s):

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____   *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California.  I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day.  I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____   *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express.  I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____   *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above.  The transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_\_   *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF System.

Executed on **November 20, 2015**, at Lake Forest, California


\_\_\_X\_\_\_\_\_   (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____   (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
RICHARD E. QUINTILONE, II

-1-

PROOF OF SERVICE

## SERVICE LIST

**ELIZABETH A. FALCONE,**  Attorneys for Defendant AMERICANWEST BANK
Ogletree; Deakins, Nash, Smoak & Stewart
222 SW Columbia Street, Suite 1500
Portland OR 97201-6641
elizabeth.falcone@ogletreedeakins.com

**RYAN H. CROSNER,**  Attorneys for Defendant AMERICANWEST BANK
Ogletree; Deakins, Nash, Smoak & Stewart
400 South Hope Street, Suite 1200
Los Angeles CA 90071-2818
ryan.crosner@ogletreedeakins.com

Q&A Case No.: 15.01223